UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL PLEICH,<br><br>Defendant. | Case No.  CR05-231-JCC<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

  Count 31:  Felon in possession of ammunition in violation of 18 U.S.C. § 922(g)(1).

  Count 32:  Felon in possession of firearm in violation of 18 U.S.C. § 922(g)(1).

<u>Date of Detention Hearing</u>:    November 4, 2005.

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

  <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

  (1)  Defendant is is viewed as a flight risk because of the following:

    (a)  dual citizenship between Canada and the United States;

    (b)  a history of failure to appear on multiple occasions;

    (c)  he is currently unemployed;

    (d)  no strong family ties to the Western District of Washington; and

    (e) alcohol abuse problems.

 (2) Defendant is viewed as a risk of danger due to the nature of the instant offense and his criminal-background history.

 (3) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

    IT IS THEREFORE ORDERED:

 (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

 (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

 (3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

 (4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of November, 2005.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge