UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>GEORGE WEGERS, et al.,<br><br>                Defendants. | CR05-231JCC<br><br>**MINUTE ORDER RE:<br>SETTLEMENT CONFERENCE** |

THIS matter came before United States Magistrate Judge, J. Kelley Arnold, pursuant to an order of reference from the Honorable John C. Coughenour referring certain defendants named in the above captioned cause for a settlement conference.

Those defendants referred for the date of December 14, 2005, were: Darrell Morris, Michael Pleich, Walter Bail, and Vincent Reeves. The United States appeared through Assistant United States Attorneys Ye-Ting Woo and Todd Greenberg. Defendants Morris, Pleich, and Bail appeared with counsel. Defendant Reeves did not appear personally, but appeared through counsel and was available by telephone.

**Defendants Morris and Pleich *entered into plea agreements* which were reduced to writing and presented to the Honorable Ronald B. Leighton.**

**Defendant Bail and his attorney *remain in discussion* with the United States Attorney, though no final resolution was entered into this date, Magistrate Judge Arnold remains available to work with the parties.**

**Defendant Reeves was not personally present and was unable to reach resolution with the government. This court is interested in continuing to assist the parties if both parties request the court's assistance.**

Entered this 14th day of December at the direction of U.S. Magistrate Judge, J. Kelley Arnold by Deputy lerk, /s/*Kelly Miller*.